S. LANE TUCKER
United States Attorney

AINSLEY MCNERNEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: Ainsley.McNerney1@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>DAREK MICHAEL GORDON,<br><br>        Defendant. | No. 3:23-cr-00063-TMB-MMS<br><br>COUNT 1<br>FELON IN POSSESSION OF FIREARMS AND AMMUNITION<br>   Vio. of 18 U.S.C. §§ 922(g)(1) and 924(a)(8)<br><br>CRIMINAL FORFEITURE ALLEGATION:<br>   Vio. of 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about December 17, 2022, within the District of Alaska, the defendant, DAREK MICHAEL GORDON, knowingly having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm and ammunition, to wit: a Rock Island Armory

VR60 12 gauge shotgun, a Smith and Wesson M&P Bodyguard 380 .380 caliber pistol, 4 cartridges of Winchester .380 caliber ammunition, and 6 cartridges of Federal .380 caliber ammunition.

Convictions

| Conviction Date | Offense | Court | Case No |
|---|---|---|---|
| November 28, 2017 | Felon in Possession of a Firearm | United States District Court for the District of Alaska | 3:17-cr-00055 |
| March 27, 2009 | Misconduct Involving Weapons in the Third Degree | State of Alaska Superior Court, Third Judicial District, Anchorage | 3AN-08-8190CR |
| April 08, 2005 | Misconduct Involving Controlled Substance in the Fourth Degree | State of Alaska Superior Court, Third Judicial District, Anchorage | 3AN-05-325CR |
| August 23, 2002 | Theft in the Second Degree | State of Alaska Superior Court, Third Judicial District, Anchorage | 3AN-02-5045CR |
| March 18, 1998 | Robbery in the First Degree | State of Alaska Superior Court, Third Judicial District, Anchorage | 3AN-97-2985CR |

All of which is in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

CRIMINAL FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment is hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

Upon conviction of an offense in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(8), the defendant, DAREK MICHAEL GORDON, shall forfeit to the United States pursuant

to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in knowing violation of the offense, including, but not limited to the following:

1. Rock Island Armory VR60 12 gauge shotgun, R032985

2. Smith and Wesson M&P Bodyguard 380 .380 caliber pistol, KFT5795

3. 4 cartridges of Winchester .380 caliber ammunition

4. 6 cartridges of Federal .380 caliber ammunition

All pursuant to 18 U.S.C. § 924(d), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON


s/ Ainsley McNerney
AINSLEY MCNERNEY
Assistant U.S. Attorney
United States of America


s/ Kate Vogel for
S. LANE TUCKER
United States Attorney


DATE: 7/18/2023